VICKY R. GABAY, Respondent, v IRVING BENDER et al., as Personal Representatives of WILLIAM GOTTLIEB and MOLLY BENDER, Deceased, Appellants. ALLAN H. CARLIN, ESQ., Nonparty Appellant.

Submitted October 20, 2008; decided November 25, 2008

Motion for reargument of motion for leave to appeal denied [*see* 11 NY3d 760 (2008)].

INFINITY CONSULTING GROUP, INC., Appellant, v TOWN OF HUNTINGTON, Respondent.

Submitted October 20, 2008; decided November 25, 2008

Motion for reconsideration of this Court's September 16, 2008 dismissal order denied [*see* 11 NY3d 781 (2008)].

NEXTEL OF NEW YORK, INC., Respondent, v 87-10 51ST AVENUE OWNERS CORPORATION, Appellant.

Submitted October 14, 2008; decided November 25, 2008

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.